UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:13-cr-046 |
| | : | |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| | : | |
| JOSEPH CARROLL | : | **MOTION AND ORDER TO** |
| | : | **UNSEAL INDICTMENT AND** |
| | : | **ARREST WARRANT** |

-----------------------------------

The United States respectfully requests that the Court unseal the Indictment, Arrest Warrant, and any other pleadings in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513)684-3711; Fax: (513)684-6385
Timothy.Mangan@usdoj.gov

IT IS **ORDERED** that the Indictment, Arrest Warrant, and any other pleadings in the above-numbered case shall now be unsealed.

5/6/13
DATE

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge